## Mary Wortham, Appellant, v. William H. McLean and Eleanor McLean, Appellees.

Gen. No. 45,550.

Irving Breakstone, for appellant; no appearance for appellees. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed February 19, 1952; released for publication March 3, 1952.